IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | | | | |
|---|---|---|---|---|
| In RE: | DEREK ALLAN CLEMENT | § | Case Number: | 26-43992-MXM-7 |
| | | § | | |
| | Debtor(s) | § | Chapter: | 7 |

**REQUEST FOR NOTICE UNDER BANKRUPTCY RULE 2002**

PLEASE TAKE NOTICE THAT Ford Motor Credit Company LLC hereby gives notice as follows:
Pursuant to 11 U.S.C. §342(f)(1), AIS Portfolio Services, LLC hereby requests that:

(i) all notices given or required to be given in the case; and

(ii) all pleadings and correspondence served or required to be served in this case,

regarding Ford Motor Credit Company LLC should be directed to AIS Portfolio Services, LLC at the following mailing address effective immediately:

Attn: Ford Motor Credit Company LLC Department
AIS Portfolio Services, LLC
Account: XXXX3225
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

This request encompasses all notices, copies and pleadings referred to in Rules 2002, 9007 or 9008 of the Bankruptcy Rules, including, without limitation, notices of any Orders, Motions, Demands, Complaints, Petitions, Pleadings, Requests, Applications, Schedules, Statements, Plans, and any other documents brought before this court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telecopier, telex, or otherwise which affects or seeks to affect the above case.

Respectfully submitted,

/s/ Amitkumar Sharma

Amitkumar Sharma
Claims Processor
Bankruptcy Servicer for Ford Motor Credit Company LLC
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
(833)965-2361, Fax (817) 461-8070
ECFNotices@aisinfo.com
File # 1922348