Clayton L. Everett | State Bar No. 24065212
NORRED LAW, PLLC | 515 E. Border Street | Arlington, Texas 76010
Telephone: (817) 704-3984 | clayton@norredlaw.com
Counsel for Debtor

United States Bankruptcy Court
Northern District of Texas
Fort Worth Division

| | |
|---|---|
| In re:<br>Derek Allan Clement<br><br>Debtor. | Case No. 26-43992-mxm7<br>Chapter 7 |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the *Debtor's Notice of Chapter 7 Bankruptcy Case* (Dkt. 5) was served on September 29, 2026, via First-Class Mail to Northstar Ranch Property Owners Association c/o Prestige Star Management at the following address:

Northstar Ranch Property Owners Assoc.
c/o Prestige Star Mgmt.
2209 Bellatrix Dr.
Haslet, TX 76052

Respectfully submitted,

Norred Law, PLLC
By: /s/ Clayton L. Everett
Clayton L. Everett
Texas State Bar No. 24065212
clayton@norredlaw.com
515 E. Border Street
Arlington, Texas 76010
Telephone: (817)704-3984
Counsel for Debtor