***/s/ Charles L. Kennon***
TEXAS BAR NO. 11313240
McCalla Raymer Leibert Pierce, LLP
1544 Old Alabama Road
Roswell, GA 30076
Direct Phone: 725-253-2312
Direct Fax: 312-803-9663
Charles.Kennon@mccalla.com
ATTORNEY FOR FREEDOM MORTGAGE CORPORATION

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FT. WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 7 |
| | § | |
| DEREK ALLAN CLEMENT,<br>DEBTOR, | §<br>§ | CASE NO. 26-43992-MXM7 |
| | §<br>§ | |
| FREEDOM MORTGAGE<br>CORPORATION,<br>MOVANT, | §<br>§<br>§ | |
| | § | |
| vs. | § | A Hearing on the Motion for Relief<br>from the Automatic Stay set:<br>October 29, 2026 at 9:30A.M. |
| | § | |
| DEREK ALLAN CLEMENT, DEBTOR<br>BEHROOZ P. VIDA, TRUSTEE<br>RESPONDENTS. | §<br>§<br>§ | |

**NOTICE REGARDING REQUIRED ANSWER**

**PURSUANT TO LOCAL BANKRUPTCY RULE 4001-1(b), A RESPONSE IS REQUIRED TO THIS MOTION, OR THE ALLEGATIONS IN THE MOTION MAY BE DEEMED ADMITTED, AND AN ORDER GRANTING THE RELIEF SOUGHT MAY BE ENTERED BY DEFAULT.**

**ANY RESPONSE SHALL BE IN WRITING AND FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT 501 W. TENTH STREET, FORT WORTH, TX 76102-3643 BEFORE CLOSE OF BUSINESS ON October 20, 2026 , 2026, WHICH IS AT LEAST 14 DAYS FROM THE DATE OF SERVICE HEREOF. A COPY SHALL BE SERVED UPON COUNSEL FOR THE MOVING PARTY AND ANY TRUSTEE OR EXAMINER APPOINTED IN THE CASE. ANY RESPONSE SHALL INCLUDE A DETAILED AND COMPREHENSIVE STATEMENT AS TO HOW THE MOVANT CAN BE "ADEQUATELY PROTECTED" IF THE STAY IS TO BE CONTINUED.**

MOTION FOR RELIEF FROM THE AUTOMATIC STAY
AND TO WAIVE NOTICE OF 30-DAY HEARING REQUIREMENT

COMES NOW Freedom Mortgage Corporation (the "Movant") and shows this Court the following:

1. This is a Motion under Section 362(d) of the Bankruptcy Code for relief from the automatic stay for all purposes allowed by law and the contract between the parties, including, but not limited to, the right to foreclose on certain real property.

2. Movant is the servicer of a loan secured by certain real property in which Derek Allan Clement (the "Debtor") claims an interest. Said real property is security for a Note dated May 2, 2024 as secured by a Deed of Trust recorded in the Official Public Records of Tarrant County, Texas, and is commonly known as 2209 Gill Star Drive, Fort Worth, TX 76052 (the "Property"). Said deed of trust was assigned to Movant by that Corporate Assignment of Deed of Trust recorded December 16, 2025 in the Official Public records of Tarrant County, Texas.

3. Debtors' Chapter 7 Statement of Intention (Doc. No. 1) provides for the surrender of the property. Debtor has defaulted in making payments which have come due since this case was filed.

4. As of September 14, 2026, the arrearage owed under the Note and Deed of Trust is as follows:

| **Payments** | | | |
|---|---|---|---|
| **Number of Payments** | **Payment amount** | **Payment Dates** | **Total** |
| **6** | $2,273.37 | September 1, 2024 to February 1, 2025 | $13,640.22 |
| **12** | $3,106.25 | March 1, 2025 to February 1, 2026 | $37,275.00 |
| **7** | $2,704.00 | March 1, 2026 – September 1, 2026 | $18,928.00 |
| | | | |
| **Total Arrearages as of September 14, 2026:** | | | **$69,843.22** |

5. As of September 14, 2026, the unpaid principal balance is $352,567.35, and

interest is due thereon in accordance with the Note. The total payoff due is $413,101.21, good through October 14, 2026.

6. Because of Debtor's default and continuing failure to make all required payments, Movant is not adequately protected and shows that there is cause for relief from the automatic stay.

7. Movant requests it be permitted to contact the Debtor via telephone or written correspondence regarding potential loss mitigation options pursuant to applicable non-bankruptcy law, including loan modifications, deeds in lieu of foreclosure, short sales and/or any other potential loan workouts or loss mitigation agreements.

WHEREFORE, Movant prays (1) for an Order modifying the automatic stay, authorizing Movant, its successors and assigns, to proceed with the exercise of its private power of sale and to foreclose under its Deed of Trust and appropriate state statutes; (2) that Movant, at its option, be permitted to contact the Debtor via telephone or written correspondence regarding potential loss mitigation options pursuant to applicable non-bankruptcy law, including loan modifications, deeds in lieu of foreclosure, short sales and/or any other potential loan workouts or loss mitigation agreements; (3) for waiver of Bankruptcy Rule 4001(a)(4); and (4) for such other and further relief as is just and equitable.

***/s/ Charles L. Kennon***

Charles L. Kennon, Texas BAR NO. 11313240
Attorney for Movant
McCalla Raymer Leibert Pierce, LLP
1544 Old Alabama Road
Roswell, GA 30076
725-253-2312
312-803-9663
Charles.Kennon@mccalla.com

**CERTIFICATE OF CONFERENCE**

I, the undersigned, hereby certify that prior to the filing of this Motion, I did the following: My office contacted Debtor's attorney's office and was advised there was opposition to the Motion.

CERTIFIED, this the 6th day of October, 2026.

**Freedom Mortgage Corporation**

***/s/ Charles L. Kennon***

Charles L. Kennon, Texas BAR NO.
11313240
Attorney for Movant
McCalla Raymer Leibert Pierce, LLP
1544 Old Alabama Road
Roswell, GA 30076
725-253-2312
312-803-9663
Charles.Kennon@mccalla.com

BANKRUPTCY CASE NO. 26-43992-MXM7

CHAPTER 13

CERTIFICATE OF SERVICE

I, Charles L. Kennon, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That on the date below, I served a copy of the MOTION FOR RELIEF FROM THE AUTOMATIC STAY filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, postage prepaid, unless another manner of service is expressly indicated:

Derek Allan Clement
11009 Hogan Circle
Englewood, FL 34223

Clayton Everett (*served via ECF notification)*
515 E. Border St.
Ste 163
76010
Arlington, TX 76010

Behrooz P. Vida (*served via ECF notification)*
3000 Central Drive
Bedford, TX 76021

United States Trustee (*served via ECF notification)*
1100 Commerce Street
Room 976
Dallas, TX 75202

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: 10/6/2026 By: ***/s/ Charles L. Kennon***
Charles L. Kennon Texas BAR NO. 11313240
Attorney for Movant

# SUMMARY OF EXHIBITS

1. Note

2. Deed of Trust

3. Assignment of Deed of Trust

4. Affidavit in Support of Motion for Relief from Automatic Stay

*Copies of Exhibits are available by written request to:

McCalla Raymer Leibert Pierce, LLP
1544 Old Alabama Road
Roswell, Georgia 30076