IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FT. WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 7 |
| | § | |
| DEREK ALLAN CLEMENT,<br>DEBTOR, | § | CASE NO. 26-43992-MXM7 |
| | § | |
| | § | |
| | § | |
| FREEDOM MORTGAGE<br>CORPORATION,<br>MOVANT, | § | |
| | § | |
| | § | |
| | § | |
| vs. | § | |
| | § | |
| DEREK ALLAN CLEMENT, DEBTOR<br>BEHROOZ P. VIDA, TRUSTEE<br>RESPONDENTS. | § | |
| | § | |
| | § | |

**AFFIDAVIT IN SUPPORT OF THE MOTION FOR RELIEF FROM AUTOMATIC STAY**

Before me, the undersigned authority, personally appeared Heather Marie Diaz, who being known to me and by me first duly sworn on oath, does depose and states the following:

1. My name is Heather Marie Diaz and I am an employee at Freedom Mortgage Corporation ("Movant"). Part of my employment is to monitor the processing of payments and/or communicate with various parties relating to a loan serviced by Movant, which is currently in bankruptcy. I have an understanding of how the books, records, and computer systems relating to loan servicing work for Freedom Mortgage Corporation.

2. The Debtor executed a Note and Deed of Trust in the principal amount of $353,420.00 on May 2, 2024, which note is secured by a real property being more particularly described in Movant's Motion for Relief from Automatic Stay on file and as evidenced by the Note and Deed of Trust attached to Movant's said Motion. Movant is the current holder of said Note and Deed of Trust. Debtor's Schedule A/B in the bankruptcy petition lists the current value of Debtor's interest in real property described hereinabove as $274,873.50.

3. True and correct copies of the loan documents relating to the real property commonly known as 2209 Gill Star Drive, Fort Worth, TX 76052, along with any other documents pertinent to the prosecution of this Motion, are attached hereto as Exhibit "A" and incorporated herein for all purposes. Exhibit "A" contains the following documents:

- Note;

- Deed of Trust;
- Assignments;

4. As of September 14, 2026, the arrearage owed under the Note and Deed of Trust is as follows:

| Payments | | | |
|---|---|---|---|
| **Number of Payments** | **Payment amount** | **Payment Dates** | **Total** |
| **6** | $2,273.37 | September 1, 2024 to February 1, 2025 | $13,640.22 |
| **12** | $3,106.25 | March 1, 2025 to February 1, 2026 | $37,275.00 |
| **7** | $2,704.00 | March 1, 2026 – September 1, 2026 | $18,928.00 |
| | | | |
| **Total Arrearages as of September 14, 2026:** | | | **$69,843.22** |

Payment will come due on the 1st day of each month thereafter until the Loan is paid in full. Movant will incur additional costs associated with this Motion.

5. The sums set forth in this Affidavit may not include any late charges, escrow advances, attorney's fees, costs or other fees and charges that might otherwise be included in the event that a payoff/reinstatement quote is requested or provided.

6. As of September 14, 2026, the approximate payoff amount owed by the Borrower was $413,101.21, good through October 14, 2026. This sum includes principal balance, accrued interest, accrued late charges and escrow advances but does not include attorneys' fees incurred in connection with this bankruptcy case.

Pursuant to 28 U.S.C. 1746, I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Signed this the 28th day of September, 2026.

Heather Marie Diaz FCL Specialist III

Loan No XXXXXX8249

Freedom Mortgage Corporation

Sworn to and subscribed before me on this the 28th day of September, 2026.

JOHN MLYNARIK
Notary Public - Seal
Hamilton County - State of Indiana
Commission Number: NP0767721
My Commission Expires: December 28, 2033

Notary Public

My commission expires: 12/28/2033

City: Fishers

State: Indiana

BANKRUPTCY CASE NO. 26-43992-MXM7

CHAPTER 13

CERTIFICATE OF SERVICE

I, Charles L. Kennon, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That on the date below, I served a copy of the AFFIDAVIT IN SUPPORT OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, postage prepaid, unless another manner of service is expressly indicated:

Derek Allan Clement
11009 Hogan Circle
Englewood, FL 34223

Clayton Everett (*served via ECF notification)*
515 E. Border St.
Ste 163
76010
Arlington, TX 76010

Behrooz P. Vida (*served via ECF notification)*
3000 Central Drive
Bedford, TX 76021

United States Trustee (*served via ECF notification)*
1100 Commerce Street
Room 976
Dallas, TX 75202

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: 10/6/2026 By: ***/s/ Charles L. Kennon***
Charles L. Kennon Texas BAR NO. 11313240
Attorney for Movant