***/s/ Charles L. Kennon***
TEXAS BAR NO. 11313240
McCalla Raymer Leibert Pierce, LLP
1544 Old Alabama Road
Roswell, GA 30076
Direct Phone: 725-253-2312
Direct Fax: 312-803-9663
Charles.Kennon@mccalla.com
ATTORNEY FOR FREEDOM MORTGAGE CORPORATION

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FT. WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 7 |
| | § | |
| DEREK ALLAN CLEMENT,<br>DEBTOR, | §<br>§ | CASE NO. 26-43992-MXM7 |
| | §<br>§<br>§ | |
| FREEDOM MORTGAGE<br>CORPORATION,<br>MOVANT, | §<br>§<br>§ | |
| | § | |
| vs. | §<br>§ | A Hearing on the Motion for Relief<br>from the Automatic Stay set: |
| DEREK ALLAN CLEMENT, DEBTOR<br>BEHROOZ P. VIDA, TRUSTEE<br>RESPONDENTS. | §<br>§<br>§ | October 29, 2026 at 9:30 A.M. |

**NOTICE OF HEARING**

NOTICE IS HEREBY GIVEN THAT:

PLEASE TAKE NOTICE THAT ON October 29, 2026 at 9:30 A.M. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Mark X. Mullin, U.S. Bankruptcy Judge, Room 128, U.S. Courthouse, 501 W. Tenth Street, Fort Worth, Texas 76102 or via WebEx Video Participation:
**WebEx Link**: https://us-courts.webex.com/meet/mullin, and shall then and there present the attached Motion and at which time you may appear if you so desire.

DATED: October 6, 2026. **Freedom Mortgage Corporation**

***/s/ Charles L. Kennon***

Charles L. Kennon, Texas BAR NO. 11313240
Attorney for Movant
McCalla Raymer Leibert Pierce, LLP
1544 Old Alabama Road
Roswell, GA 30076
725-253-2312
312-803-9663
Charles.Kennon@mccalla.com

BANKRUPTCY CASE NO. 26-43992-MXM7

CHAPTER 7

CERTIFICATE OF SERVICE

I, Charles L. Kennon, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That on the date below, I served a copy of the NOTICE OF HEARING FOR MOTION FOR RELIEF FROM THE AUTOMATIC STAY filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, postage prepaid, unless another manner of service is expressly indicated:

Derek Allan Clement
11009 Hogan Circle
Englewood, FL 34223

Clayton Everett (*served via ECF notification)*
515 E. Border St.
Ste 163
76010
Arlington, TX 76010

Behrooz P. Vida (*served via ECF notification)*
3000 Central Drive
Bedford, TX 76021

United States Trustee (*served via ECF notification)*
1100 Commerce Street
Room 976
Dallas, TX 75202

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: 10/6/2026 By: ***/s/ Charles L. Kennon***

Charles L. Kennon Texas BAR NO. 11313240
Attorney for Movant