Toni Townsend
TX BAR NO. 24106812
McCalla Raymer Leibert Pierce, LLP
1544 Old Alabama Road
Roswell, GA 30076
Direct Phone: (312) 346-9088 X5174
Direct Fax: 312-803-9663
Toni.Townsend@mccalla.com
*Attorney for Freedom Mortgage Corporation*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 7 |
| | § | |
| DEREK ALLAN CLEMENT, | § | CASE NO. 26-43992-MXM |
| | § | |
| Debtor. | § | JUDGE: MARK X. MULLIN |
| | § | |
| | § | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

**COMES NOW** Toni Townsend of McCalla Raymer Leibert Pierce, LLP, and gives this Notice of Appearance on behalf of Freedom Mortgage Corporation and requests that they be noticed on all pleadings, documents and hearings; that they receive copies of all documents; and be added to the matrix to be served at the addresses below:

c/o McCalla Raymer Leibert Pierce, LLP
Bankruptcy Department
1544 Old Alabama Road
Roswell, GA 30076

Dated: October 15, 2026

Respectfully Submitted,

*/s/ Toni Townsend*
Toni Townsend, TX BAR NO. 24106812
Attorney for Creditor
McCalla Raymer Leibert Pierce, LLP
1544 Old Alabama Road
Roswell, GA 30076
Phone: (312) 346-9088 X5174
Fax: 312-803-9663
Toni.Townsend@mccalla.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on October 15, 2026, I caused a true and correct copy of the foregoing Notice of Appearance and Request for Service to be served upon the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail as indicated thereon:

By: */s/ Toni Townsend*
Toni Townsend

**SERVICE LIST (CASE NO. 26-43992-MXM)**

***U.S. mail only***
**Debtor**
Derek Allan Clement
2209 GILL STAR DRIVE
Haslet, TX 76052

***CM/ECF***
**Attorney for Debtor**
Clayton Everett
515 E. Border St.
Ste 163
Arlington, TX 76010

**Trustee**
Behrooz P. Vida
3000 Central Drive
Bedford, TX 76021

**U.S. Trustee**
United States Trustee
615 E Houston, Suite 533
San Antonio, TX 78205