Clayton L. Everett | State Bar No. 24065212
NORRED LAW, PLLC | 515 E. Border Street | Arlington, Texas 76010
Telephone: (817) 704-3984 | clayton@norredlaw.com
Counsel for Debtor

# United States Bankruptcy Court

Northern District of Texas
Fort Worth Division

| | |
|---|---|
| In re:<br>Derek Allan Clement,<br><br>Debtor. | Case No. 26-43992-mxm7<br><br>Chapter 7 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the *Debtor's Notice of Chapter 7 Bankruptcy Case* (ECF No. 5) was served on November 18, 2026, via First-Class Mail, postage prepaid to Denton County Tax Assessor/Collector at the following address:

Denton County Tax Assessor/Collector
PO Box 90223
Denton, TX 76202

Respectfully submitted,

Norred Law, PLLC
By: /s/ Clayton L. Everett
Clayton L. Everett
Texas State Bar No. 24065212
clayton@norredlaw.com
515 E. Border Street
Arlington, Texas 76010
Telephone: (817) 704-3984
Counsel for Debtor